United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-01110-JAW
Amanda Carter Ates  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 1
Date Rcvd: Apr 07, 2025  Form ID: pdf012  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amanda Carter Ates, 702 East Leake St, Clinton, MS 39056-4323 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Amanda Carter Ates trollins@therollinsfirm.com jennifer@therollinsfirm.com;tcr25law@gmail.com;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **Amanda Carter Ates, Debtor**          Case No. 23-01110-JAW
                                                                                **CHAPTER 13**

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT**

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK # 38 ), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt is granted. Debtor is authorized to borrow up $212,353.00 to purchase a home with an interest rate of 7.027% for 360 months. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR