

# INVOICE

Invoice # 8013
Date: 06/18/2025
Due On: 07/18/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Amanda Carter Ates

### 04827-Ates Amanda Carter

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 02/26/2024 | Draft fee application and proposed order | 0.20 | $0.00 | $0.00 |
| Service | TR | 03/04/2024 | Review: 23-01110-JAW Order on Application for Compensation Document #34 | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/29/2024 | Review: 23-01110-JAW Chapter 13 Trustee Report and Account of Prior Administration of Case Document# 36 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 11/05/2024 | Review: Proof of Claim 23-01110-JAW Synchrony Bank Document # Amended 2 | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/08/2025 | Contact Debtor (Text/Email): Reviewed message from debtor received via Panda Doc messages informing she is possibly getting married in the summer and inquiring how it will affect her; drafted reply informing once she is married, we will need to obtain updated income and expenses for everyone in the household, and that It is hard to tell how or if it will affect her bankruptcy until we actually have the data. | 0.10 | $155.00 | $15.50 |
| Service | SA | 01/24/2025 | Incoming Call: Client called and requested a copy of her bankruptcy paperwork, stating she and her fiance' are trying to purchase a house. I inquired if she had gotten approval to | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | do so yet and she advised she had not. Explained that with her being in an open Chapter 13 case, she would need to have us file a motion to incur debt with the court. Advised I would reach out to JC to advise and we would follow up next week to let her know what information we need from her to file the motion. | | | |
| Service | JC | 01/24/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor informing she no longer wants to incur debtor; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/28/2025 | Review email from debtor: Reviewed email from debtor stating that she would like to purchase a home and wants to get approval to incure debt | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/28/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing her that she would need to get court approval first and how long it can take to get approval - informed debtor I would reach back out to her once I know what additional information I need from her | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing list of all required documents and information needed to request approval for incurring a new mortgage debt | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/31/2025 | Review email from debtor: Reviewed email from debtor requesting the expense sheet she originally submitted in her bankruptcy paperwork; drafted email to debtor providing the original expense sheet | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/31/2025 | Review and organize documents provided by debtor: Reviewed and organized pre-approval letter provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/03/2025 | Review and organize documents provided by debtor: Reviewed and organized updated pay and expenses provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/03/2025 | Contact Debtor (Text/Email): Reviewed pre-approval letter; drafted email to debtor informing her that the pre-approval letter did not list some required information and that she | 0.20 | $100.00 | $20.00 |

Invoice # 8013 - 06/18/2025

|         |     |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                |      |          |         |
|---------|-----|------------|---|------|----------|---------|
|         |     |            | needed to submit additional pay |      |          |         |
| Service | KAR | 02/03/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/20/2025 | Review and organize documents provided by debtor: Reviewed and organized closing cost worksheet provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/20/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JC  | 02/20/2025 | Call Debtor: Reviewed Schedule I for income sources; reviewed loan documents to be sure ait contained all information needed; called debtor to inquire if she is back to wanting to purchase a home as she had told me she did not; she said she had found a more reasonably cost home; t; discussed that it is currently she and her two children living in her home;; inquired if she still receives child support and she provided the amount; drafted task memo to JAC to analyze to incur debt. | 0.30 | $155.00 | $46.50 |
| Service | KR  | 02/27/2025 | Incoming Call: Telephone conference with debtor requesting an update on the analysis to incur debt; informed her the attorney is currently working on this and we will contact her once we know anything; explained it will take 4-6 weeks for approval once/if we file the Motion to Incur; drafted email memo to JC re: update on Motion to Incur | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/04/2025 | Analyze to Incur Debt | 0.30 | $0.00 | $0.00 |
| Service | JC  | 03/04/2025 | Contact Debtor (Text/Email): Prepared Supplemental I and J for debtor's signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | 0.10 | $155.00 | $15.50 |
| Service | JC  | 03/04/2025 | Contact Debtor (Text/Email): Drafted text message to debtor requesting two months bank statements showing funds available for repairs for home if needed before we file Motion to Incur Debt to purchase a home. | 0.10 | $155.00 | $15.50 |

Invoice # 8013 - 06/18/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 03/04/2025 | Contact Debtor (Text/Email): Reviewed bank statements submitted by debtor showing funds available for home repairs if needed; debtor inquired if I thought in my opinion that her home purchase would be approved; drafted reply informing that I did not have an opinion one way or the other. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/05/2025 | Reviewed Supp I, J executed by debtor; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/10/2025 | Reviewed plan, closing cost worksheet, pre-approval letter; drafted Motion to Incur Debt; drafted e-mail to TR attaching all for his review. | 0.40 | $155.00 | $62.00 |
| Service | TR | 03/10/2025 | Revise motion to incur drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/11/2025 | Call Debtor: Reviewed e-mail memo from TR regarding Motion to Incur Debt; telephone conference with debtor to inquire how much she currently pays in rent or mortgage; she said she really needs to move to the area she is trying to buy the home in; revised Motion; drafted e-mail memo to TR attaching same for his review. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/11/2025 | Reviewed memo from TR regarding Motion to Incur and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $0.00 | $0.00 |
| Service | JC | 03/12/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Incur Debt and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court; drafted text message to debtor to inform Motion filed. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/07/2025 | Review: 23-01110-JAW Order on Motion to Incur Debt Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | VM | 04/08/2025 | Incoming Call: Debtor called to check on status of motion to incur debt, informed debtor that motion has been granted and sent email with document and additional information | 0.10 | $100.00 | $10.00 |

Invoice # 8013 - 06/18/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 05/12/2025 | Review email from debtor: Reviewed email from debtor regarding life changes that have happened recently, including an updated address change - created task for paralegal for review. Reviewed other topics involved in her email and sent an email to paralegal for review | 0.20 | $100.00 | $20.00 |
| Service | JC | 05/13/2025 | Reviewed e-mail from VM informing debtor got married and will be moving in with husband June 1st. She stated that debtor's income was decreased and inquired about lowering payments. Drafted reply to VM informing to wait until June when they move in together and then obtain the updated pay and expenses for the entire household. | 0.10 | $0.00 | $0.00 |
| Service | VM | 05/14/2025 | Reviewed email from JC confirming debtor needs to send updated paystubs and expense sheet after moving in with husband, drafted response back to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/14/2025 | Reviewed Pacer for debtor's address on file; drafted Notice of Change of Address; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | VM | 05/15/2025 | Review email from debtor: Reviewed email form debtor inquiring about paystubs reflecting lowered income balance, drafted email back to inquire if they wil not reflect by June 1st, her move in date with husband. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/16/2025 | Review email from debtor: Reviewed email from debtor inquiring if she would have to send her husband's paystubs and updated expense sheet, clarified she would. She also informed me her paystubs have decreased. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/10/2025 | Review email from debtor: Reviewed email from debtor with updated paystubs, and expense sheet. Reviewed and determined I am still needing April 4th paystubs and Hssband paystubs downloaded blurry, resent email to debtor. Uploaded documents to debtors folder. | 0.20 | $100.00 | $20.00 |
| Service | VM | 06/11/2025 | Review email from debtor: Reviewed email from debtor with updated | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | paystubs, downloaded and organized. Created task for paralegal to review to update household income | | | |
| Service | JC | 06/12/2025 | Contact Debtor (Text/Email): Reviewed Schedule I for all income sources; reviewed case notes to determine what the $899 family support payments are - could not determine; drafted text message to debtor inquiring if she is still receiving the pay and if so, how much and what is it for. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/12/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she received $415 every two weeks; drafted reply inquiring if that is for child support. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/13/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing the $415 she receives every two weeks is child support. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/16/2025 | Analyze Pay and Expenses | 0.20 | $0.00 | $0.00 |
| Service | JC | 06/17/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching her updated expense form and requesting she state who pays each listing; also requested proof of bills minimum monthly payment. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/17/2025 | Contact Debtor (Text/Email): eviewed e-mail from debtor informing it may take a bit to get debt proof since the move and getting everything moved over to the new address; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/18/2025 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/18/2025 | Reviewed 1st, 2nd, and 3rd Applications, Orders, and Invoices filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 4th Application for Compensation, Notice, Affidavit, and proposed Order. | 0.60 | $155.00 | $93.00 |
| Service | JC | 06/18/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |

Invoice # 8013 - 06/18/2025

|  | Services Subtotal | $767.50 |
|---|---|---|

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $14.54 | $14.54 |
| Expense | 06/18/2025 | Mailing Expense - Fee Application: Mailing Expense - 4th Fee Application Estimate | 1.00 | $3.50 | $3.50 |
|  |  |  | Expenses Subtotal |  | $18.04 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.1 | $360.00 | $36.00 |
| Jennifer Curry Calvillo | Attorney | 0.7 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.5 | $0.00 | $0.00 |
| Shaton Andrews | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 3.2 | $155.00 | $496.00 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kirsten Raimey | Non-Attorney | 1.1 | $100.00 | $110.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
|  |  |  | Subtotal | $785.54 |
|  |  |  | Total | $785.54 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4949 | 07/26/2023 | $1,876.10 | $0.00 | $1,876.10 |
| 5514 | 11/25/2023 | $924.45 | $0.00 | $924.45 |
| 6025 | 03/27/2024 | $524.63 | $0.00 | $524.63 |

Invoice # 8013 - 06/18/2025

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8013 | 07/18/2025 | $785.54 | $0.00 | $785.54 |
| | | | **Outstanding Balance** | **$4,110.72** |
| | | | **Total Amount Outstanding** | **$4,110.72** |

6/18/25, 2:29 PM                                                                              Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  [8]  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  [1]  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  [1]

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  | 4 |
|---|---|
| Date and Time: | Wed Jun 18 2025 14:29:18 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 8 |
| Sheets Per Envelope | 4 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                           1.52 |
| Postage Cost: | $                                                           0.73 |
| Total Cost: | $                               3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED