IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Amanda Carter Ates                                        Case No. 23-01110-JAW
         , Debtor                                                           CHAPTER 13

**FOURTH ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|---|---|
| $1,865.00 | $11.10 | $1,876.10 | 25 | 07/21/23 |
| $905.00 | $19.10 | $924.10 | 31 | 10/27/23 |
| $524.00 | $0.63 | $524.63 | 34 | 02/28/24 |
| $767.50 | $18.04 | $785.54 | n/a | n/a |
| $4,061.50 | $49.22 | $4,110.72 | | |



# INVOICE

Invoice # 4949
Date: 06/26/2023
Due On: 07/26/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Amanda Carter Ates
702 East Leake St
Clinton, MS 39056

### 04827-Ates Amanda Carter

### Ch 13 hourly - Amanda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 04/14/2023 | Review and organize documents provided by debtor: Reviewed initial and uploaded and arraged documents in client docs. Updated HD task to get missing information | 0.70 | $100.00 | $70.00 |
| Service | JC | 04/18/2023 | Review Credit Report and select debts to import/exclude | 0.20 | $150.00 | $30.00 |
| Service | YM | 04/18/2023 | Review and organize documents provided by debtor: Updated task with documents sent by ∆. Also drafted an email of information needed | 0.40 | $100.00 | $40.00 |
| Service | YM | 04/18/2023 | Contact Debtor: Sent ∆ copy of credit report. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/19/2023 | Review initial documents submitted by debtor | 0.20 | $350.00 | $70.00 |
| Service | YM | 04/19/2023 | Review email from Attorney: Reviewed email and drafted an email to the ∆ to get missing GIP pages and missing bank statements | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/21/2023 | Review email from debtor: Reviewed emails from client and updated the GIP and added bank statements in client docs | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/01/2023 | Prepare matrix for debtor to review | 0.10 | $350.00 | $35.00 |
| Service | JAC | 05/01/2023 | Input Case - prepare petition, research social security number on PACER, review | 0.20 | $350.00 | $70.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | and select debts to import from CR, add debts in GIP not on CR |  |  |  |
| Service | JC | 05/01/2023 | Drafted e-mail to debtor attached creditor matrix | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/02/2023 | Reviewed e-mail from debtor questioning what Mohela is on her matrix; drafted reply e-mail | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/02/2023 | Reviewed e-mail from debtor approving creditors on matrix | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/03/2023 | Input Case - calculate income for MT, complete schedules I/J, calculate plan payment | 0.30 | $350.00 | $105.00 |
| Service | JAC | 05/03/2023 | Draft email to debtor with bankruptcy options: Input Case | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/04/2023 | Reviewed e-mail from debtor informing she is ready to file and inquiring about paying debts ex-husband agreed to pay in divorce | 0.10 | $150.00 | $15.00 |
| Service | JAC | 05/08/2023 | Review email from BM re: ∆ paid remainder of filing fee. Update SOFA with date paid. Assign task to get debtor scheduled to meet with attorney for final review & signing. | 0.20 | $350.00 | $70.00 |
| Service | JAC | 05/09/2023 | Prepare signing docs | 0.20 | $350.00 | $70.00 |
| Service | TR | 05/10/2023 | Conference w/ client to review and sign initial papers | 0.70 | $350.00 | $245.00 |
| Service | JC | 05/10/2023 | Drafted text message to debtor with the case number | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/10/2023 | Drafted Yellow Page information; drafted e-mail to debtor attaching same | 0.10 | $150.00 | $15.00 |
| Service | YM | 05/11/2023 | Contact Debtor: Drafted email with 341 notice and a list of possible questions from Trustee | 0.20 | $100.00 | $20.00 |
| Service | TR | 05/12/2023 | Review: 23-01110-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Review: 23-01110-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $350.00 | $70.00 |
| Service | JC | 05/12/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |

Invoice # 4949 - 06/26/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | YM | 05/12/2023 | Contact Debtor: reviewed email and updated file with CCC certificate | 0.20 | $100.00 | $20.00 |
| Service | JC | 05/12/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Expense | TR | 05/12/2023 | Reimbursable expenses: Mail Notice of Plan | 1.00 | $11.10 | $11.10 |
| Service | TR | 05/15/2023 | Review: 23-01110-JAW Personal Financial Management Course (Certificate) Document# 13 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/16/2023 | Drafted e-mail to debtor regarding obtaining NSLDS | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/16/2023 | Reviewed NSLDS submitted via e-mail by debtor; organized in case file | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/18/2023 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements for 7 accounts, tax returns, pay advice, and copy of driver's license and Social Security card; drafted e-mail to debtor requesting additional | 0.70 | $150.00 | $105.00 |
| Service | JC | 05/19/2023 | Reviewed e-mail from debtor regarding Verizon; drafted reply | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/31/2023 | Review email from TT on POC of capital one and correct plan treatment - draft memo to JAC w/ instructions on amending plan | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/31/2023 | Review: Proof of Claim 23-01110-JAW Capital One Auto Finance, a division of Capital On Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/02/2023 | Reviewed additional bank and pay submitted by debtor via e-mail; merged with existing documents; uploaded bank, pay, tax, photo ID and SS card to trustee; organized in case file | 0.40 | $150.00 | $60.00 |
| Service | JAC | 06/02/2023 | Update treatment for Capital One based on claim filed | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/07/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/13/2023 | Ch 13 Meeting of Creditors | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/15/2023 | Trustee is requesting savings statements through May 11 for meeting of creditors; reviewed all bank statements previously sent to trustee; all savings statements | 0.20 | $150.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | included through May 11; drafted memo to JAC regarding same and attaching statements | | | |
| Service | JC | 06/15/2023 | Reviewed Wage Order returned to trustee with incorrect address; called debtor, left vm, drafted e-mail attaching same and requesting debtor forward to her employer and requesting he obtain correct address so I can inform the trustee | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/15/2023 | Review & respond to email from JC re: bank statements | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/15/2023 | Reviewed e-mail from debtor submitting May statement for Statewide | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/16/2023 | Reviewed e-mail from debtor informing she will forward the Wage Order to the correct address; drafted reply requesting she send me the address so I can submit to her trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/16/2023 | Drafted e-mail to debtor to obtain May Ally bank statement | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/20/2023 | Reviewed bank statement submitted by debtor; drafted memo attaching same to JAC | 0.10 | $150.00 | $15.00 |
| Service | JAC | 06/20/2023 | Review & respond to email from JC re: ∆ may savings bank statement | 0.10 | $350.00 | $35.00 |
| Service | JAC | 06/22/2023 | Draft email to Trustee with debtor's savings statement for Ally Bank covering date of filing per Letitia's request @ 341 hearing | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/26/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.8 | $350.00 | $630.00 |
| Thomas Rollins | | Attorney | 1.5 | $350.00 | $525.00 |
| Jacki Curry | | Non-Attorney | 3.4 | $150.00 | $510.00 |
| Yvette Miller | | Non-Attorney | 2.0 | $100.00 | $200.00 |
| | | | | Total | $1,876.10 |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4949 | 07/26/2023 | $1,876.10 | $0.00 | $1,876.10 |
| | | | **Outstanding Balance** | **$1,876.10** |
| | | | **Total Amount Outstanding** | **$1,876.10** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5514
Date: 10/26/2023
Due On: 11/25/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Amanda Carter Ates
702 East Leake St
Clinton, MS 39056

## 04827-Ates Amanda Carter

## Ch 13 hourly - Amanda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 06/26/2023 | Draft fee app | 0.30 | $350.00 | $105.00 |
| Expense | BI | 06/26/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $18.85 | $18.85 |
| Service | TR | 06/26/2023 | Review COS and file fee app w/ Court | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/28/2023 | Reviewed e-mail from debtor submitting employer's correct address; drafted e-mail to trustee submitting same | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/01/2023 | Review: 23-01110-JAW Amended Order Upon Employer Directing Deductions from Pay Document #20 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/05/2023 | Reviewed e-mail from debtor informing her pay came out of her check and does she need to do anything else; replied to continue to make sure payment is withheld and gave NDC website information | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/05/2023 | Reviewed e-mail from debtor inquiring if her student loans were discharged; drafted memo to JAC regarding same | 0.10 | $150.00 | $15.00 |
| Service | JAC | 07/05/2023 | Amend Plan - recalculated plan payment, updated plan for debtor to sign and review (correct treatment to Cap One Auto) | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/05/2023 | Review & respond to email from JC | 0.10 | $350.00 | $35.00 |
| Service | JAC | 07/05/2023 | Draft Document: Notice - | 0.20 | $350.00 | $70.00 |

Page 1 of 3

Invoice # 5514 - 10/26/2023

|  |  |  | Modified_Plan.docx |  |  |  |
|---|---|---|---|---|---|---|
| Service | JAC | 07/05/2023 | Prepare Document: Modified Plan.PDF to be filed with the Court. Add signatures & dates to modified plan | 0.10 | $350.00 | $35.00 |
| Expense | JAC | 07/05/2023 | Postage: Mail notice of modified plan to creditor, Capital One | 1.00 | $0.60 | $0.60 |
| Service | JC | 07/07/2023 | Reviewed memo from JAC informing she has not reviewed debtor's student loan for discharge yet | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/17/2023 | Review claims register to plan and determine if we need to file additional claims | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/18/2023 | Review: Proof of Claim 23-01110-JAW Synchrony Bank Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 23-01110-JAW Order on Application for Compensation Document #25 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: Proof of Claim 23-01110-JAW Quantum3 Group, LLC as agent for Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: Proof of Claim 23-01110-JAW Portfolio Recovery Associates, LLC Document # 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 07/31/2023 | Reviewed undeliverable Amended Wage Order received from trustee's office; drafted text message and e-mail to debtor to obtain address and attaching Amended Wage Order | 0.10 | $150.00 | $15.00 |
| Service | TR | 08/09/2023 | Review: 23-01110-JAW Order Confirming Chapter 13 Plan Document #27 | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/09/2023 | Reviewed text message from debtor informing her address; reviewed contact information and address listed on case on Pacer; address is correct; drafted e-mail to trustee's office informing same | 0.20 | $150.00 | $30.00 |
| Service | TR | 08/17/2023 | Review: Proof of Claim 23-01110-JAW Portfolio Recovery Associates, LLC Document # Amended 3 | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/04/2023 | Reviewed e-mail from debtor regarding student loan payment; drafted memo to TR regarding same | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/05/2023 | Review email memo from JC w/ client question re: SL - draft response email w/ instructions | 0.30 | $350.00 | $105.00 |

Page 2 of 3

Invoice # 5514 - 10/26/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 10/09/2023 | Reviewed memo from TR regarding debtor's student loan; telephone confernce with debtor regarding same. | 0.10 | $150.00 | $15.00 |
| Service | TR | 10/26/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.6 | $350.00 | $210.00 |
| Thomas Rollins | Attorney | 1.6 | $350.00 | $560.00 |
| Jacki Curry | Non-Attorney | 0.9 | $150.00 | $135.00 |
| | | | Total | $924.45 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4949 | 07/26/2023 | $1,876.10 | $0.00 | $1,876.10 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5514 | 11/25/2023 | $924.45 | $0.00 | $924.45 |
| | | | Outstanding Balance | $2,800.55 |
| | | | Total Amount Outstanding | $2,800.55 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6025
Date: 02/26/2024
Due On: 03/27/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Amanda Carter Ates
702 East Leake St
Clinton, MS 39056

### 04827-Ates Amanda Carter

### Ch 13 hourly - Amanda

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 10/26/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/30/2023 | Review: 23-01110-JAW Order on Application for Compensation Document #31 | 0.10 | $350.00 | $35.00 |
| Service | JC | 12/19/2023 | Reviewed memo from TR regarding student loan bill; drafted letter to Mohela; reviewed Notice of Filing; drafted memo with letter and Notice attached to GM to obtain TR's approval and signature. | 0.20 | $150.00 | $30.00 |
| Service | JC | 12/22/2023 | Drafted e-mail to debtor with attached letter sent to Mohela on her behalf. | 0.10 | $150.00 | $15.00 |
| Expense | JC | 12/22/2023 | Postage: Letter to Mohela | 1.00 | $0.63 | $0.63 |
| Service | JC | 12/26/2023 | Telephone conference with debtor regarding student loans; reviewed calendar to schedule phone conference with TR. | 0.10 | $150.00 | $15.00 |
| Service | TR | 01/05/2024 | Call w/ client to gather facts for potential Student Loan discharge AP - analysis showed that discharge unlikely - not proceeding w/ AP | 0.80 | $360.00 | $288.00 |
| Service | TR | 02/26/2024 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.9 | $360.00 | $324.00 |
| Thomas Rollins | Attorney | 0.4 | $350.00 | $140.00 |
| Jacki Curry | Non-Attorney | 0.4 | $150.00 | $60.00 |
| | | | **Total** | **$524.63** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4949 | 07/26/2023 | $1,876.10 | $0.00 | $1,876.10 |
| 5514 | 11/25/2023 | $924.45 | $0.00 | $924.45 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6025 | 03/27/2024 | $524.63 | $0.00 | $524.63 |
| | | | **Outstanding Balance** | **$3,325.18** |
| | | | **Total Amount Outstanding** | **$3,325.18** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.